UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORKLAND & WITHERSPOON, PLLC, a limited liability company; and ERIC SACHTJEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>Defendant. | NO: 2:14-CV-403-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff Eric Sachtjen's and Defendant Evanston Insurance Company's Stipulation for Dismissal of Plaintiff Eric Sachtjen's Claims With Prejudice, **ECF No. 53**. The Court has reviewed the stipulation and is fully informed.

Having reviewed the stipulation, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Eric Sachtjen's and Defendant Evanston Insurance Company's Stipulation for Dismissal of Plaintiff Eric Sachtjen's Claims with Prejudice, **ECF No. 53**, is **APPROVED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Plaintiff Eric Sachtjen's claims against Defendant Evanston Insurance Company are **DISMISSED WITH PREJUDICE** and without costs to any party.

The District Court Clerk is directed to enter this Order, **terminate Plaintiff Eric Sachtjen from this matter**, and provide copies to counsel.

**DATED** this 14th day of March 2016.

　　　　　　　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2